# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139225

LORI KIDDER, f/k/a LORI STEEB,
Personal Representative of the ESTATE
OF SHELDON STEEB,
         Plaintiff-Appellant,

v

                                            SC: 139225
                                            COA: 284224

PHILIP C. PTACIN, M.D., and DAYONE
FAMILY HEALTHCARE,
         Defendants-Appellees.

Calhoun CC: 2002-004548-NH

_____/

On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009

*Corbin R. Davis*

Clerk

d1014